```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 53448
   WILLIAM ALAN MCGHEE
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-4371

--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/13/2005 and was confirmed 12/15/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  19.06% from remaining funds.

     The case was paid in full 10/23/2008.
--------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
INTERNAL REVENUE SERVICE PRIORITY            1860.40           .00         1860.40
AMERICAN EXPRESS BANK    UNSECURED          14715.35           .00         2804.30
ASSET ACCEPTANCE CORP    UNSECURED           9277.32           .00         1767.98
ECAST SETTLEMENT CORP    UNSECURED           2495.89           .00          475.64
BANK ONE                 UNSECURED         NOT FILED           .00             .00
BANK ONE                 UNSECURED         NOT FILED           .00             .00
CITIBANK                 UNSECURED         NOT FILED           .00             .00
FIRST BANK               UNSECURED         NOT FILED           .00             .00
FIRST CONSUMERS          UNSECURED         NOT FILED           .00             .00
ECAST SETTLEMENT CORP    UNSECURED           2113.08           .00          402.69
JC PENNEY                UNSECURED         NOT FILED           .00             .00
MCI WORLD COM            UNSECURED         NOT FILED           .00             .00
NORDSTROM FSB            UNSECURED OTH        105.18           .00           19.93
ASSET ACCEPTANCE CORP    UNSECURED               .00           .00             .00
RESURGENCE FINANCIAL LLC UNSECURED           2042.55           .00          389.25
ECAST SETTLEMENT CORP    UNSECURED           1784.24           .00          340.02
THE ASSOCIATES           UNSECURED         NOT FILED           .00             .00
ECAST SETTLEMENT CORP    UNSECURED           2611.34           .00          497.64
UNIFUND CORP             UNSECURED         NOT FILED           .00             .00
ECAST SETTLEMENT CORP    UNSECURED           2321.19           .00          442.35
INTERNAL REVENUE SERVICE UNSECURED           2657.80           .00          506.50
INTERNAL REVENUE SERVICE NOTICE ONLY       NOT FILED           .00             .00
PORTFOLIO RECOVERY ASSOC UNSECURED            465.42           .00           88.70
ECAST SETTLEMENT CORP    UNSECURED           2779.53           .00          529.70
ECAST SETTLEMENT CORP    UNSECURED               .00           .00             .00
STUART B HANDELMAN       DEBTOR ATTY            .00                            .00
TOM VAUGHN               TRUSTEE                                            674.90
DEBTOR REFUND            REFUND                                                .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 53448 WILLIAM ALAN MCGHEE
```

```
--------------------------------------------------------------------------------
TRUSTEE                                       10,800.00

PRIORITY                                                              1,860.40
SECURED                                                                    .00
UNSECURED                                                             8,264.70
ADMINISTRATIVE                                                             .00
TRUSTEE COMPENSATION                                                    674.90
DEBTOR REFUND                                                              .00
                                              ---------------   ---------------
TOTALS                                        10,800.00              10,800.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 01/28/09               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE








                              PAGE   2
          CASE NO. 05 B 53448 WILLIAM ALAN MCGHEE